1 | McGREGOR W. SCOTT
United States Attorney
2 | ROBERT J. ARTUZ
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5 |
6 | Attorneys for Plaintiff
United States of America



FILED
FEB 07 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO § 2703(d) subscribers IDENTIFIED BY: phone number 916-807-0027, phone number 916-223-0007, phone number 619-606-5002, email address JOSHUA.B.GEORGE@HQ.DHS.GOV, email address JAE1683@YAHOO.COM, and IMEI# 014389001578781 | CASE NO. 2:20 SW 149 KJN<br><br>[PROPOSED] ORDER<br><br>**UNDER SEAL** |

### ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2703(d), requesting that the Court issue an Order requiring Google LLC, an electronic communications service provider and/or a remote computing service located in Mountain View, CA, to disclose the records and other information described in Attachment A to this Order.

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

The Court determines that there is reason to believe that notification of the existence of this Order will seriously jeopardize the ongoing investigation, including by giving targets an opportunity to destroy or tamper with evidence or notify confederates. See 18 U.S.C. § 2705(b)(3), (5).

1  IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that Google LLC shall, within
2  ten days of the date of this Order, disclose to the United States the records and other information
3  described in Attachment A to this Order.

4  IT IS FURTHER ORDERED under 18 U.S.C. § 2705(b) that Google LLC shall not disclose the
5  existence of the application of the United States, or the existence of this Order of the Court, to the
6  subscribers of the account(s) listed in Attachment A, or to any other person, for 180 days from the date
7  of the order, unless extended, except that Google LLC may disclose this Order to an attorney for Google
8  LLC for the purpose of receiving legal advice.

Dated:    February 7, 2020

Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE

## ATTACHMENT A

I.   **The Account(s)**

The Order applies to certain records and information associated with the subscribers identified by: phone number 916-807-0027, phone number 916-223-0007, phone number 619-606-5002, email address JOSHUA.B.GEORGE@HQ.DHS.GOV, email address JAE1683@YAHOO.COM, and IMEI# 014389001578781.

II.   **Records and Other Information to Be Disclosed**

Google LLC is required to disclose the following records and other information, if available, to the United States for each account or identifier listed in Part I of this Attachment ("Account"), for the time period 11/01/15 to 12/25/18. For 916-807-0027, the relevant timeframe is 11/01/15 to 3/27/18; and for 619-606-5002, the relevant timeframe is 3/27/18 to 12/25/18.

A.   The following information about the customers or subscribers of the Account:
   1. Names (including subscriber names, user names, and screen names);
   2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);
   3. Local and long distance telephone connection records;
   4. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;
   5. Length of service (including start date) and types of service utilized;
   6. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI"));
   7. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and
   8. Means and source of payment for such service (including any credit card or bank account number) and billing records.

B.   All records and other information (not including the contents of communications) relating to the Account, including:
   1. Records of other accounts linked by machine cookies, including records of other accounts accessed by the same device or user that accessed the target accounts;
   2. Records of user activity for each connection made to or from the Account, including log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; and source and destination Internet Protocol addresses; and
   2. Information about each communication sent or received by the Account, including the date and time of the communication, the method of communication, and the source and destination of the communication (such as source and destination email addresses, IP addresses, and telephone numbers).