| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | ROBERT J. ARTUZ<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

**FILED**

**Aug 7, 2020**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTERS OF THE APPLICATIONS OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT AND ORDERS PURSUANT TO § 2703(d) RE: | ORDER TO UNSEAL SEARCH WARRANT, SEARCH WARRANT AFFIDAVIT, § 2703(d) APPLICATIONS |
| Information Associated with Joshua Bilal George that is Stored at Premises Controlled by Apple, Inc. | 2:20-SW-0148-KJN |
| Subscribers Identified by: Phone Number 916 916-807-0027, Phone Number 916-223-0007, Phone Number 619-606-5002, Email Address Joshua.B.George@hq.dhs.gov, Email Address JAE1683@yahoo.com, and IMEI# 014389001578781 | 2:20-SW-0149-KJN |
| Mobile-Phone Accounts Identified by 916-223-0007 | 2:20-SW-0218-AC |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 08/07/2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

REQUEST TO UNSEAL SEARCH WARRANT,
SEARCH WARRANT AFFIDAVIT, § 2703(d)
APPLICATIONS AND ORDERS

1